# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. __06-mj-00128__

__David McCarty__                    **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: __8775 E. Acampo Rd.__
__Acampo__         __CA__        __95220__
    CITY           STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.
                                      Stephen Betz for David McCarty
DATE: __11/21/06__        _____
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ __90.00__ and a penalty assessment of $ __10.00__ for a TOTAL AMOUNT OF: $ __100.00__ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(X) Restitution: __320.00 To Daryna Menard, P.O. Box 1218, Yosemite 95389__
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC              (CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)  1130 O STREET, RM 5000    501 "I" STREET
POST OFFICE BOX 740026        FRESNO, CA 93721         SACRAMENTO, CA 95814-2322)
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name and case/citation number** shown above to ensure your account is credited for payment received.

Date: __11-21-06__          __W. M. Wunderlich__
                            U.S. MAGISTRATE JUDGE  by L. Theuns

To be paid To USDC - Sacramento
Clerk's Office    50.00 per month. Restitution To be
                                   paid To victim first.
Remaining 50.00 payment To be made To
            Clerk for fine.

EDCA-3